

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00206-CR

CODY CRYMES, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 253rd District Court of Chambers County. (Tr. Ct. No. 17166).

This Court today considered a motion for rehearing filed by appellant, Cody Crymes. We order the motion overruled and that this Court's former judgment of September 24, 2015, be vacated, set aside, and annulled. We further order this Court's opinion of September 24, 2015, withdrawn. After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered November 24, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Brown.